IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 15, 2009

Charles R. Fulbruge III
Clerk

No. 08-60052
Summary Calendar

RICHARD DONALD LAWLER

Plaintiff-Appellant

v.

MISSISSIPPI DEPARTMENT OF CORRECTIONS; LUTHER THAXTON,
Individually and in his Official Capacity

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:06-CV-579

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Richard Donald Lawler, Mississippi prisoner # 54271, filed the instant § 1983 to seek redress for alleged acts of extortion committed by a prison official. Lawler failed to properly and timely effect service, and the district court dismissed his suit for want of prosecution. Lawler appeals that dismissal. He argues that the dismissal of his suit was improper because his pro se status has resulted in several barriers to service and that the district court should have aided him in his attempts to serve the defendants. Lawler has not shown that

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court abused its discretion by dismissing his suit. See Systems Signs Supplies v. United States Dep't of Justice, 903 F.2d 1011, 1013 (5th Cir. 1990). Consequently, the judgment of the district court is AFFIRMED.